# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0860
LT Case No. 2009-36731-CFAES

_____

WILLIAM T. PACE,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

3.853 Appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

William T. Pace, Carrabelle, pro se.

No Appearance for Appellee.

May 14, 2024

PER CURIAM.

  AFFIRMED.

LAMBERT, HARRIS, and SOUD, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*